IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

LIVINGSTON REGIONAL HOSPITAL, )
LLC, )
　) 
　　Petitioner, )
　) No: 2:10-0014
　　v. ) Judge Campbell
　)
TIMOTHY HORSKY, D.O., )
　)
　　Respondent. )

**ORDER TO SHOW CAUSE**

　　Petitioner Livingston Regional Hospital, LLC has filed its petition to confirm arbitration award (Docket Entry No. 1). Respondent has neither appeared in this action nor filed any response in opposition to the petition.

　　Respondent is **ORDERED** to show cause on or before **Friday, June 25, 2010**, why the arbitration award should not be confirmed as requested in the petition. Respondent is admonished that his failure to respond to this order may cause the undersigned Magistrate Judge to recommend that the arbitration award be confirmed.

　　The Clerk is hereby directed to mail a copy of this order to respondent Horsky at the address appearing in this record:

　　　　Timothy Horsky, D.O.
　　　　3202 Village Road
　　　　Orwigsburg, Pennsylvania 17961-9767

　　It is so **ORDERED**.

　　　　　　　　　　　　s/ John S. Bryant
　　　　　　　　　　　　JOHN S. BRYANT
　　　　　　　　　　　　United States Magistrate Judge