UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LIVINGSTON REGIONAL HOSPITAL, LLC. | ) ) ) ) | |
| v. | ) ) | NO. 2:10-0014 <br> JUDGE SHARP |
| TIMOTHY HORSKEY, D.O. | ) ) | |

## O R D E R

By Order entered on June 10, 2010 (Docket Entry No 10), the Magistrate Judge ordered Respondent to show cause on or before Friday, June 25, 2010, why the arbitration award should not be confirmed as requested in the petition  Respondent failed to respond as directed. Accordingly, the arbitration award is confirmed and this case is hereby dismissed.

IT IS SO ORDERED.

KEVIN H SHARP
UNITED STATES DISTRICT JUDGE