IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Northeastern Division

LIVINGSTON REGIONAL HOSPITAL, LLC, )
                                                             )
      *Petitioner*,                             )
                                                             ) Civil Action No. 2:10-0014
v.                                                     )
                                                             )
TIMOTHY HORSKY, D.O.,               )
                                                             )
      *Respondent*.                        )
                                                             )

## ORDER GRANTING LIVINGSTON REGIONAL HOSPITAL'S
## PETITION TO CONFIRM ARBITRATION AWARD

THIS MATTER comes before this Court on Petitioner Livingston Regional Hospital's Petition to Confirm Arbitration Award,

AND UPON CONSIDERING the pertinent facts, and the arguments of and evidence presented by counsel, the Court finds:

1     Livingston Regional Hospital and Timothy Horsky, D.O. entered into arbitration pursuant to the AHLA Rules of Procedure to resolve a Physician Recruiting Agreement dispute.

2.    The arbitration hearing was held on December 2, 2009, in Livingston, Tennessee.

3     On December 22, 2009, the arbitrator delivered his Arbitrator's Decision, awarding $133,855.31, excluding attorneys' fees, costs, and expenses, in favor of Livingston Regional Hospital.

4	On January 26, 2010, the arbitrator delivered his Supplemental Arbitrator's Decision, awarding Livingston Regional Hospital its submitted legal fees, costs, and expenses in the amount of $41,854.38.

IT IS HEREBY ORDERED that the PETITION to confirm the arbitration award is hereby GRANTED and JUDGMENT IS HEREBY ENTERED as follows

In favor of the petitioner, Livingston Regional Hospital, in the amount of $133,855.31, and against the respondent, Timothy Horsky, D.O., plus judgment in the amount of $41,854.38 in favor of petitioner, Livingston Regional Hospital and against the respondent, Timothy Horsky, D O.

A copy of this Order shall be served upon all parties within seven (7) days of the date of this Order.

ENTERED: This 2 day of June, 2011.

_____
Judge